# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PHILLIP LEE WILLYARD**
**ADC# 152418**                                                                                    **PETITIONER**

**v.**                                                    **Case No 5:16-cv-00323 KGB/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al.*                                **DEFENDANTS**

## <u>ORDER</u>

The Court has carefully reviewed the Recommended Disposition filed by United States Magistrate Judge Beth Deere (Dkt. No. 4).  Judge Deere determined that this Court does not have jurisdiction to hear petitioner Phillip Lee Willyard's petition for habeas corpus as this is Mr. Willyard's second federal habeas corpus petition and Mr. Willyard has not received an order from the Court of Appeals for the Eighth Circuit authorizing this Court to consider this petition. The parties have not filed objections to the Recommended Disposition.  However, Mr. Willyard has filed a request for an extension of time of at least 60 days so that he can request permission from the Eighth Circuit Court of Appeals to file a successive petition (Dkt. No. 5).

The Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 4).  Mr. Willyard's motion for an extension of time is denied, as the Court does not have jurisdiction over this action (Dkt. No. 5).  *See Burton v. Stewart*, 549 U.S. 147, 153 (2007) ("Burton's 2002 petition was a 'second or successive' habeas application for which he did not seek, much less obtain, authorization to file. . . . Because he did not do so, the District Court was without jurisdiction to entertain it.").  Mr. Willyard's petition for writ of habeas corpus is denied and dismissed without prejudice (Dkt. No. 2).

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.   Rule 11 of the Rules Governing Section 2254 Cases.   A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.   28 U.S.C. § 2253(c)(1)-(2).   In this case, there is no basis for this court to issue a certificate of appealability.   Accordingly, a certificate of appealability is denied.

So ordered this 1st day of December, 2016.

Kristine G. Baker
United States District Judge