IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PHILLIP LEE WILLYARD**
**ADC# 152418**                                                                              **PETITIONER**

v.                             Case No 5:16-cv-00323 KGB/BD

**WENDY KELLEY, Director,**
**Arkansas Department of Correction,** *et al.*                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

Dated this 1st day of December, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge